United States Court of Appeals
FOR THE EIGHTH CIRCUIT

_____

No. 96-3686

_____

United States of America,             *
                                          *

          Appellee,           *   Appeal from the United
                                          *   States District Court for the
     v.                     *   Eastern District of Missouri.
                                            *

Vincent B. Edwards,           *      [UNPUBLISHED]
                                          *

          Appellant.         *

_____

Submitted:  June 10, 1997
Filed: June 24, 1997

_____

Before BOWMAN, FLOYD R. GIBSON, and MORRIS SHEPPARD ARNOLD,
    Circuit Judges.

_____

PER CURIAM.

      Vincent B. Edwards appeals his convictions under 18 U.S.C. § 922(g)(1) for being a felon in possession of firearms and ammunition.  He contends that the search of his vehicle and the seizure of the guns and ammunition during a traffic stop violated his Fourth and Fifth Amendment rights and that the trial court erred by admitting Rule 404(b) evidence of his presence at a gun show three months prior to his arrest.

We conclude that the District Court[1] did not err in determining that Edwards voluntarily consented to the search of his vehicle and that Edwards's motion to suppress the seized evidence should be denied.  We also conclude that the District Court did not abuse its discretion in admitting the Rule 404(b) evidence.  Accordingly, the challenged convictions are

AFFIRMED.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Stephen N. Limbaugh, United States District Judge for the Eastern District of Missouri, adopting the report and recommendation of The Honorable David D. Noce, United States Magistrate Judge for the Eastern District of Missouri.